IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TALAYA CLARKE, et al.

    Plaintiffs,

v.

ORGANON USA INC, et al,,

    Defendants.
                                 /

No. C 13-02290 SI

**RECUSAL ORDER**

    I hereby recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section F. of the Assignment Plan of this Court.

**IT IS SO ORDERED.**

Dated: 5/23/13

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE